UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                          :

RICHARD HARBUS,                     :

                Plaintiff,  :

                               :          24-CV-3563 (VSB)

        -against-           :

                               :          **ORDER**

PROMETHEUS GLOBAL MEDIA, LLC,  :

               Defendant.  :

------------------------------------------------------------ X

**VERNON S. BRODERICK, United States District Judge**:

      Plaintiff filed this action on May 9, 2024 (Doc. 1), and filed an affidavit of service on May 14, 2024, (Doc. 7).  The deadline for Defendant to respond to Plaintiff's complaint was June 4, 2024.  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intend to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than June 25, 2024.  If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 11, 2024
            New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge