

333 Earle Ovington Boulevard, Suite 402
Uniondale, New York 11553
T: 516-203-7600
F: 516-282-7878

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 6/26/2024

*Via ECF*
Hon. Vernon S. Broderick
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Richard Harbus v. Prometheus Global Media, LLC*
            Docket No: 1:24-cv-03563-VSB

Dear Judge Broderick:

We are the attorneys for Plaintiff in this matter and together with Cynthia Arato, counsel for The Hollywood Reporter LLC, write jointly to respectfully request that the Court so order the following:

1. Plaintiff will file an amended complaint changing the named defendant from Prometheus Global Media LLC to The Hollywood Reporter LLC and that the case caption will be changed accordingly; and

2. Defendant will waive service of process and its answer or other response to the Complaint shall be due August 25, 2024; and

3. The Court to discharge its Order dated June 11, 2024 [Dkt 9] requiring Plaintiff to move for default by June 25, 2024.

Thank you for your consideration of this request.

                                Respectfully submitted,

                                */s Craig Sanders*
                                Craig B Sanders
                                Counsel for Plaintiff

                                */s Cynthia Arato*
                                Cynthia Arato
                                Counsel for The Hollywood Reporter, LLC

cc:     Cynthia Arato carato@shapiroarato.com